IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER RAY SHAVER**
**#93387**  **PLAINTIFF**

V.  NO. 4:22-cv-00003-JM-ERE

**SHAWN CULVER,** *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 28th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE